Matter of Kramer (2023 NY Slip Op 01936)

Matter of Kramer

2023 NY Slip Op 01936

Decided on April 13, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:April 13, 2023

PM-81-23
[*1]In the Matter of Kevin W. Kramer, an Attorney. (Attorney Registration No. 4800629.)

Calendar Date:April 3, 2023

Before:Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and McShan, JJ.

Kevin W. Kramer, Seattle, Washington, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Kevin W. Kramer was admitted to practice by this Court in 2010 and lists a business address in Seattle, Washington with the Office of Court Administration. Kramer now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application, noting Kramer is ineligible for nondisciplinary resignation due to his failure to fulfill the attorney registration requirements for the 2022-2023 biennial period. Kramer has been heard in reply in an attempt to resolve the identified deficiency.
Upon reading Kramer's affidavit sworn to January 26, 2023 and filed February 1, 2023, as supplemented by Kramer's affidavit sworn to March 29, 2023 and filed March 29, 2023, and upon reading the February 24, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Kramer is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and McShan, JJ., concur.
ORDERED that Kevin W. Kramer's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Kevin W. Kramer's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Kevin W. Kramer is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Kramer is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Kevin W. Kramer shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.